AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| LEROY K. BERRA<br>*Plaintiff*<br>v.<br>MR. VELOSKI, SCDS Custody Sergeant,<br>MRS. HOSHKA, SCDS Custody Officer,<br>HATTON, Custody Officer,<br>*Defendant* | )<br>)<br>)  Civil Action No.  2:18-CV-0311-TOR<br>)<br>) |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants Hatton, Hoshka and Veloski's Motion for Summary Judgment (ECF No. 47) is GRANTED. Judgment is entered on behalf of Defendants Hatton, Hoshka and Veloski.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on Motion for Summary Judgment ECF No. 47.

Date: May 27, 2020

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen